In the Matter of SAM SAMPSON, Respondent, v NICOLE L. OTT, Appellant. [750 NYS2d 551] —Appeal from an order of Family Court, Jefferson County (Schwerzmann, J.), entered October 15, 2001, which continued custody of the parties' child with petitioner and visitation with respondent.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Family Court, Jefferson County, Schwerzmann, J. Present—Pigott, Jr., P.J., Pine, Wisner, Kehoe and Gorski, JJ.